JOANNA L. BROOKS (State Bar #182986)
TIMOTHY C. TRAVELSTEAD (State Bar #215260)
DOUGLAS M. BRIA (State Bar #226966)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone    415.394.9400
Facsimile:    415.394.9401
brooksj@jacksonlewis.com

Attorneys for Defendant
PEROT SYSTEMS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELITA GOMEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEROT SYSTEMS CORPORATION, a Delaware Corporation, and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: C7 08 3337<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>(Filed in conjunction with Notice of Removal) |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF ANGELITA GOMEZ, AND ALL PARTIES AND COUNSEL OF RECORD ON THE ATTACHED CERTIFICATE OF SERVICE:

**PLEASE TAKE NOTICE**: Defendant Perot Systems Corporation ("Perot Systems") filed a Notice of Removal of this action (the "Gomez Complaint") in the United States District Court for the Northern District of California on July 10, 2008, and this action involves all or a material part of the same subject matter and all or substantially all of the same parties as other actions pending in federal and state court. Pursuant to Civil Local Rule 3-13, Defendant asserts:

///

### The Jimenez Complaint

1. On July 12, 2007, Gloria Jimenez, on behalf of herself and a putative class, filed a class action complaint (the "Jimenez Complaint") in the Superior Court of the State of California for the County of Alameda, designated as Case No. RC 07-335321. The Jimenez Complaint alleges the following causes of action against Perot Systems and Does 1 to 50: Failure to pay overtime, failure to pay accrued vacation, failure to provide itemized wage statements, unlawful business practices, and injunctive and declaratory relief.

2. On July 16, 2007, Jimenez served Perot Systems with the Summons and Complaint in that action.

3. On May 23, 2008, Perot Systems removed the Jimenez Complaint from the Superior Court of the State of California for the County of Alameda to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. sections 1332 (as amended by the Class Action Fairness Act of 2005, Pub. L. 109-2, section 4(a) ("CAFA")), 1441(a) and (b) and 1446.

4. On June 18, 2008, Jimenez moved this Court to remand the Jimenez Complaint to the Alameda County Superior Court. That motion is set for hearing on August 8, 2008 at 9:00 a.m., in the Courtroom of the Honorable Maxine M. Chesney, Judge of the United States District Court, Northern District of California.

### The Mancera Complaint

5. On April 29, 2008, Raul Mancera, on behalf of himself, filed a class action complaint (the "Mancera Complaint") in the Superior Court of the State of California for the County of Santa Cruz, designated as Case No. CV 160155. The Mancera Complaint alleges the following causes of action against Perot Systems and Does 1 to 50: Failure to pay wages, failure to pay overtime, recovery of waiting time penalties, meal and rest period violations, and retaliation.

6. On May 28, 2008, Mancera served Perot Systems with the Summons and Complaint in that action.

///

7. On June 24, 2008 Perot Systems removed such action to the United States District Court for the Northern District of California.

### Relatedness Of Actions

8. The Gomez Complaint, the Jimenez Complaint and the Mancera Complaint involve all or a material part of the same subject matter and all or substantially all of the same parties as follows:

   i. Each action alleges wage and hour violations under the California Labor Code;

   ii. Perot Systems is the only named Defendant in each action;

   iii. The putative classes of the Gomez Complaint and the Jimenez Complaint overlap temporally and because each complaint alleges failure to pay overtime, recovery of waiting-time penalties, failure to provide itemized wage statements and unfair and unlawful business practices (17200); and

   iv. Plaintiff Raul Mancera may be a putative class member of either or both other actions as his employment and allegations coincide with those of the classes alleged in the Jimenez Complaint and the Gomez Complaint.

Dated: July 10, 2008

JACKSON LEWIS LLP

By: _____
JoAnna L. Brooks
Timothy C. Travelstead
Douglas M. Bria
Attorney for Defendant
PEROT SYSTEMS CORPORATION,
a Delaware Corporation

## CERTIFICATE OF SERVICE

I, Linda Moore, declare that I am employed with the law firm of Jackson Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On July 10, 2008, I served the attached document(s):

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

in this action by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

Frank A. Jelinch, Esq.
Law Office of Frank A. Jelinch
20045 Stevens Creek Boulevard, Suite 2G
Cupertino, CA  95014
Telephone:   (408) 366-6300
Facsimile:   (408) 252-3936
**Counsel for Raul Mancera**

Todd M. Schneider, Esq.
Christian Schreiber, Esq.
Joshua G. Konecky, Esq.
Schneider Wallace Cottrell Brayton Konecky LLP
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone:   415.421.7100
Facsimile:   415.421.7105
**Counsel for Gloria Jimenez and Angelita Gomez**

Jonathan E. Gertler, Esq.
Joseph R. Igelmund, Esq.
Chavez & Gertler LLP
42 Miller Avenue
Mill Valley, CA  94941
Telephone:   415.381.5599
Facsimile:   415.381.5572
**Counsel for Gloria Jimenez and Angelita Gomez**

Ricardo De Rosa, Esq.
Law Offices of Ricardo De Rosa
6640 Brook Falls Circle
Stockton, CA  95219
Telephone:   209.345.7077
Facsimile:   209.476.0443
**Counsel for Gloria Jimenez and Angelita Gomez**

[ ]   BY MAIL: United States Postal Service - by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ ]   BY HAND DELIVERY: I caused such envelope(s) to be delivered by Messenger Service to the above address[es].

[ X ]   BY OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to the above address within 24 hours by OVERNIGHT EXPRESS service.

1  [ ]  <u>BY FACSIMILE</u>:  I caused such documents to be transmitted by facsimile to the telephone number(s) indicated above.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on July 10, 2008, at San Francisco, California.

_____
LINDA A. MOORE