JOANNA L. BROOKS (State Bar #182986)
TIMOTHY C. TRAVELSTEAD (State Bar #215260)
DOUGLAS M. BRIA (State Bar #226966)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA  94105
Telephone    415.394.9400
Facsimile:    415.394.9401
brooksj@jacksonlewis.com

Attorneys for Defendant
PEROT SYSTEMS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELITA GOMEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEROT SYSTEMS CORPORATION, a Delaware Corporation; and DOES 1 to 50,<br><br>Defendants. | Case No.:  CV 08 3337 SC<br><br>**CERTIFICATE OF SERVICE** |

I, Linda A. Moore, declare that I am employed with the law firm of Jackson Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On  July 14, 2008, I served the attached document(s):

1. Welcome to the U.S. District Court, San Francisco;

2. ECF Registration Information Handout;

3. Drop Box Filing Procedures;

4. Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

5. Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California; and

1

6. Proof of Service

in this action by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Jonathan E. Gertler, Esq.<br>Joseph R. Igelmund, Esq.<br>Chavez & Gertler LLP<br>42 Miller Avenue<br>Mill Valley, CA 94941<br>Telephone:   415.381.5599<br>Facsimile:   415.381.5572 | Todd M. Schneider, Esq.<br>Joshua G. Konecky, Esq.<br>Schneider & Wallace<br>180 Montgomery Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone:   415.421.7100<br>Facsimile:   415.421.7105 |

Ricardo De Rosa, Esq.
Law Offices of Ricardo De Rosa
6640 Brook Falls Circle
Stockton, CA 95219
Telephone:   209.345.7077
Facsimile:   209.476.0443

[X]   BY MAIL: United States Postal Service - by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ ]   BY HAND DELIVERY: I caused such envelope(s) to be delivered by Messenger Service to the above address[es].

[ ]   BY OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to the above address within 24 hours by OVERNIGHT EXPRESS service.

[ ]   BY FACSIMILE: I caused such documents to be transmitted by facsimile to the telephone number(s) indicated above.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on July 14, 2008, at San Francisco, California.

_____
LINDA A. MOORE

CERTIFICATE OF SERVICE                                                                   Case No.:  CV 08 3337 SC