1  CHAVEZ & GERTLER LLP
   JONATHAN E. GERTLER (Bar No. 111531)
2  DANIEL B. SIEGEL (Bar No. 160742)
   LISA FIALCO (Bar No. 216682)
3  42 Miller Avenue, Mill Valley, CA 94941
   Tel: (415) 381-5599; Fax: (415) 381-5572
4  jon@chavezgertler.com
   dsiegel@chavezgertler.com
5  lisa@chavezgertler.com

6  Attorneys for Plaintiff ANGELITA GOMEZ
   And the Proposed Plaintiff Class
7  *[Additional Counsel for Plaintiff listed on Signature Page]*

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELITA GOMEZ, individually, and on behalf of all others similarly situated, | Case No: C 08-3337 SC |
| Plaintiff, | **CLASS ACTION** |
| v. | **NOTICE OF APPEARANCE** |
| PEROT SYSTEMS CORPORATION, a Delaware Corporation; and DOES 1 to 50, | |
| Defendants. | |

1  TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2       PLEASE TAKE NOTICE that Lisa Fialco of the law firm Chavez & Gertler LLP
3  hereby enters her appearance as additional attorney of record on behalf of plaintiff Angelita
4  Gomez and all other similarly situated in Gomez v. Perot Systems Corporation, No. C 08-
5  3337 SC.  Lisa Fialco respectfully requests that all pleadings, notices, orders, correspondence
6  and other papers in connection with this action be served upon her at the address stated
7  above.

9  DATED: July 25, 2008                                    Respectfully Submitted,

10                                                        CHAVEZ & GERTLER LLP

12                                                        By: ___/s/ Lisa Fialco_____
                                                               Lisa Fialco

15                                                        SCHNEIDER WALLACE
                                                          COTTRELL BRAYTON KONECKY LLP
16                                                        TODD M. SCHNEIDER (Bar No. 158253)
                                                          JOSHUA G. KONECKY (Bar No. 182897)
17                                                        CHRISTIAN SCHREIBER (Bar No. 245597)
                                                          180 Montgomery Street, Suite 2000
18                                                        San Francisco, CA 94104
                                                          Tel:  (415) 421-7100;  Fax:  (415) 421-7105
19

20                                                        LAW OFFICES OF RICARDO DE ROSA
                                                          RICARDO DE ROSA (Bar No. 221226)
21                                                        6640 Brook Falls Circle
                                                          Stockton, CA 95219
22                                                        Tel:  (209) 345-7077;  Fax:  (209) 476-0443

24                                                        Attorneys for Plaintiff ANGELITA GOMEZ