CHAVEZ & GERTLER LLP
JONATHAN E. GERTLER (Bar No. 111531)
DANIEL B. SIEGEL (Bar No. 160742)
LISA D. FIALCO (Bar No. 216682 )
42 Miller Avenue, Mill Valley, CA 94941
Tel: (415) 381-5599  Fax: (415) 381-5572

SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
TODD M. SCHNEIDER (Bar No. 158253)
JOSHUA G. KONECKY (Bar No. 182897)
CHRISTIAN SCHREIBER (Bar No. 245597)
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 421-7100  Fax: (415) 421-7105

LAW OFFICES OF RICARDO DE ROSA
RICARDO DE ROSA (Bar No. 221226)
6640 Brook Falls Circle
Stockton, California, 95219
Tel: (209) 345-7077  Fax: (209) 476-0443

Attorneys for Plaintiffs ANGELITA GOMEZ
And the Proposed Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELITA GOMEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PEROT SYSTEMS CORPORATION, a Delaware Corporation; and DOES 1 to 50,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>*Mancera v. Perot Systems Corporation*<br>Case No. CV 08-03064-MHP<br><br>*Gomez v. Perot Systems Corporation*<br>Case No. CV 08-03337-SC |

**ORDER**

The Court having considered Plaintiff's Administrative Motion to Consider Whether Cases Are Related, and good cause appearing therefore, finds that the cases of *Mancera v. Perot Systems Corporation*, CV 08-03064-MHP, and *Gomez v. Perot Systems Corporation*, CV 08-03337-SC, are related. Plaintiff's Administrative Motion is **GRANTED.**

The *Gomez* matter is hereby reassigned to this Court.

Dated: August ___, 2008

_____
MARILYN H. PATEL
United States District Judge