JONATHAN E. GERTLER (Bar No. 111531)
DANIEL B. SIEGEL (Bar No. 160742)
LISA D. FIALCO (Bar No.216682)
CHAVEZ & GERTLER LLP
42 Miller Avenue, Mill Valley, CA 94941
Tel: (415) 381-5599 Fax: (415) 381-5572

TODD M. SCHNEIDER (Bar No. 158253)
JOSHUA G. KONECKY (Bar No. 182897)
CHRISTIAN SCHREIBER (Bar No. 245597)
LISA M. BOWMAN (Bar No. 253843)
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 421-7100 Fax: (415) 421-7105

RICARDO DE ROSA (Bar No. 221226)
LAW OFFICES OF RICARDO DE ROSA
6640 Brook Falls Circle
Stockton, California, 95219
Tel: (209) 345-7077 Fax: (209) 476-0443

Attorneys for Plaintiff ANGELITA GOMEZ
And the Proposed Class

JOANNA L. BROOKS (SBN182986)
TIMOTHY C. TRAVELSTEAD (SBN 215260)
ANNE V. LEINFELDER (SBN 230272)
DOUGLAS M. BRIA (SBN 226966)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone    415.394.9400
Facsimile:    415.394.9401
Email:    brooksj@jacksonlewis.com

Attorneys for Defendant

PEROT SYSTEMS CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELITA GOMEZ, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>PEROT SYSTEMS CORPORATION and DOES 1-25, inclusive,<br><br>Defendants. | Case No. CV-08-03337-SC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADR & CASE MANAGEMENT CONFERENCE**<br><br>Honorable Samuel Conti |

Defendant Perot Systems Corporation ("Defendant") and Plaintiff Angelita Gomez ("Plaintiff") (collectively referred to here as "the Parties") request a continuance of their ADR date

and the next Case Management Conference until May 29, 2009. The basis of the request is that the parties need additional time to conduct discovery necessary for mediation.

By way of background, this case is a putative class action concerning the alleged failure to compensate employees for time spent while "on call" and allegedly subject to the control of their employer. Since the initial Case Management Conference on November 21, 2008, the parties have through meet and confer agreed to conduct discovery in two phases. Phase I includes the production of company policy documents, technical data, and documents that may bear upon class certification and merits issues. Defendant began the production of these documents and data on February 13, 2009. Phase II discovery will include electronic document searches of Defendant's client entities, as well as depositions of Defendant's 30(b)(6) witnesses and the production of wage and payroll data. The parties expect Phase II to be completed by May. The parties agree that both Phase I and Phase II discovery needs to occur to prepare for mediation.

Plaintiff suggested that the parties participate in a mediation session on May 8, 2009 before Mark Rudy, Esq. Defendant informed Plaintiffs on February 24, 2009 that it does not believe mediation on this date would be appropriate given its expectation that Phase II discovery will be ongoing. The parties agree to schedule mediation after Phase II discovery is complete.

Accordingly, the parties request the Court vacate the ADR deadline and move the Case Management Conference from April 17, 2009, to May 29, 2009 at 10 a.m. in Courtroom 1. The parties believe they will be able to provide the Court with a more meaningful status update by the end of May assuming progress pursuant to the parties' phased discovery agreement.

Dated: February 27, 2009

CHAVEZ & GERTLER LLP

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

LAW OFFICES OF RICARDO DE ROSA

By: /s/ Christian Schreiber
Christian Schreiber
Attorneys for Plaintiff Angelita Gomez

---

STIPULATION & [PROPOSED] ORDER REGARDING ADR AND CMC CONTINUANCE
*Gomez v. Perot Systems Corp.*, Case No. CV-08-03337-SC

2

To: RelayFax via port COM4  From: N/A  2/27/2009 4:48:20 PM (Page 4 of 4)
02/27/2009 16:46 FAX  ☑004/004
Case 3:08-cv-03337-SC  Document 27  Filed 03/02/09  Page 3 of 3

Dated: February 27, 2009

JACKSON LEWIS LLP

By: _____
JoAnna L. Brooks
Timothy C. Travelstead
Anne V. Leinfelder
Attorney for Defendant
**PEROT SYSTEMS CORP.,**
**a Delaware Corporation**

### ORDER

Upon review of the foregoing Stipulation and good cause appearing therefore, the Court makes the following ORDERS:

1. The ADR Deadline is VACATED and will be reset at the next Case Management Conference;

2. The Case Management Conference currently scheduled for April 17, 2009, is CONTINUED to May 29, 2009, at 10 a.m. in Courtroom 1. The Parties shall file a joint Case Management Conference Statement seven (7) days prior to the status conference.

March 2, 2009
Dated: ~~February~~ ____, 2009



_____
Samuel Conti
United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

---

STIPULATION & [PROPOSED] ORDER REGARDING ADR AND CMC CONTINUANCE
*Gomez v. Perot Systems Corp.*, Case No. CV-08-03337-SC
1