1    JOANNA L. BROOKS (State Bar #182986)
     TIMOTHY C. TRAVELSTEAD (State Bar #215260)
2    ANNE V. LEINFELDER (State Bar #230272)
     DOUGLAS M. BRIA (State Bar #226966)
3    JACKSON LEWIS LLP
     199 Fremont Street, 10th Floor
4    San Francisco, CA 94105
     Telephone     415.394.9400
5    Facsimile:     415.394.9401
     Email:        brooksj@jacksonlewis.com
6              travelsteadt@jacksonlewis.com
              leinfeldera@jacksonlewis.com
7              briad@jacksonlewis.com

8    Attorneys for Defendant
     PEROT SYSTEMS CORPORATION
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13   ANGELITA GOMEZ, individually, and on behalf of all others similarly situated, | Case No.: CV 08 3337 SC |
| 14 | **STIPULATION ON DISCLOSURE OF WITNESS CONTACT INFORMATION** |
| 15             Plaintiff, | |
| 16                v. | |
| 17   PEROT SYSTEMS CORPORATION, a Delaware Corporation; and DOES 1 to 50, | |
| 18            Defendants. | |

19

20

21        **WHEREAS,** the parties filed a joint motion with the Court about the scope and procedure

22   for Perot Systems Corporation to notify current and former employees that Plaintiff's counsel

23   sought their contact information;

24        **WHEREAS,** Plaintiff's counsel proposed notifying putative class members identified in

25   specific tables contained within OPAS/Remedy data produced by Defendant;

26        **WHEREAS,** on July 17, 2009, the Court stated that Defendant must either (a) produce the

27   contact information for those individuals identified in the OPAS/Remedy data using the

28   methodology suggested by Plaintiff's counsel; or (b) propose an alternative approach;

1

1    **WHEREAS,** the Court stated that an "opt-out notice" need not target individuals who are

2    putative class members, it must be reasonably calculated to reach those individuals who may have

3    information related to Plaintiff's claims, whether those individuals are putative class members or

4    not;

5    **WHEREAS,** the Court ordered the parties to meet and confer about a method to identify

6    these persons and provide them with notice about the potential disclosure of their contact

7    information to Plaintiff's counsel;

8    **WHEREAS,** the parties have arrived at a mutually acceptable approach to the identify

9    these persons and provide them notice;

10   **THEREFORE,** the Parties stipulate as follows:

11   Perot Systems Corporation will provide a third-party administrator, Rust Consulting, Inc.,

12   with the last-known contact information for current and former employees who, between May 27,

13   2004 and the present: (i) were classified as nonexempt; (ii) worked in California; and

14   (iii) received at least one Severity Level 1 or Severity Level 2 page from Perot Systems

15   Corporation's OPAS/Remedy system outside of their client's normal business hours (the

16   "Notified Persons"). Based on the data in the OPAS/Remedy system, approximately 980 persons

17   meet these criteria.

18   The third-party administrator shall send the notice attached hereto as Exhibit A to each

19   Notified Person, who shall then have 30 days to return the enclosed post-card in order to prevent

20   his or her contact information from being shared with Plaintiff's counsel (the "Opt-Out

21   Postcard"). Any Notified Person whose Opt-Out Postcard is postmarked within 30 days of the

22   date of mailing of the notice shall be deemed to have timely opted-out of disclosure of his or her

23   contact information.

24   No earlier than 35 days and no later 45 days after mailing the Exhibit A notice, the third-

25   party administrator shall compile a list of all Notified Persons who did not return the Opt-Out

26   Postcard and provide that list to Plaintiff's counsel and Defense counsel.

27   Plaintiff's counsel shall bear the entire cost associated with providing this notice. The

28   parties may stipulate to additional mailings to individuals not identified through the methodology

2

1   described herein.  Plaintiff reserves the right to seek leave of Court to expand the list of recipients

2   of the notice should additional facts be adduced that identify other individuals as putative class

3   members and/or persons with knowledge of Plaintiff's claims.

4

5   Dated:  August 21, 2009

6                                               JACKSON LEWIS LLP

7

8                                               By:
                                                    JoAnna L. Brooks
9                                                   Timothy C. Travelstead
                                                    Anne V. Leinfelder
10                                                  Douglas M. Bria
                                                    Attorney for Defendant
11                                                  PEROT SYSTEMS CORPORATION,
                                                    a Delaware Corporation
12

13  Dated:  August 21, 2009

14                                              CHAVEZ & GERTLER LLP

15                                              SCHNEIDER WALLACE COTTRELL BRAYTON
                                                KONECKY LLP
16
                                                LAW OFFICES OF RICARDO DE ROSA
17

18                                              By:
19                                                  Jonathan E. Gertler, Esq.
                                                    Daniel B. Siegel, Esq.
20                                                  Christian Schreiber, Esq.
                                                    Lisa Fialco, Esq.
21                                                  Attorneys for Plaintiff ANGELITA
                                                    GOMEZ and the Proposed Class
22

23

24                          IT IS SO ORDERED

25  Dated: 9/3/9

26                          Judge Joseph C. Spero

27

28

                                              3