CHAVEZ & GERTLER LLP
JONATHAN E. GERTLER (Bar. No. 111531)
CHRISTIAN SCHREIBER (Bar No. 245597)
42 Miller Avenue
Mill Valley, CA  94941
Tel:  (415) 381-5599  Fax: (415) 381-5572

SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
TODD M. SCHNEIDER (Bar No. 158253)
JOSHUA G. KONECKY (Bar No. 182897)
LISA M. BOWMAN (Bar No. 253843)
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Tel:  (415) 421-7100 Fax:  (415) 421-7105

Attorneys for Plaintiff ANGELITA GOMEZ and the proposed class

JACKSON LEWIS LLP
JOANNA L. BROOKS (Bar No. 182986)
ANNE V. LEINFELDER (Bar No. 230272)
DOUGLAS M. BRIA (Bar No. 226966)
199 Fremont Street, 10th Floor
San Francisco, CA  94105
Tel: (415) 394-9400  Fax: (415) 394-9401

THE MILLER LAW GROUP
TIMOTHY C. TRAVELSTEAD (Bar No. 215260)
111 Sutter Street
San Francisco, CA 94104-4547
Tel: (415) 464-4300  Fax: (415) 464-4336

Attorneys for Defendant PEROT SYSTEMS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELITA GOMEZ,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>PEROT SYSTEMS CORPORATION, a Delaware Corporation; and DOES 1 to 50,<br><br>　　　　Defendants. | Case No. CV-08-03337 SC<br><br>**STIPULATION TO SUBMIT MOTION FOR PRELIMINARY APPROVAL FOR RULING ON THE PAPERS WITHOUT HEARING**<br><br>Complaint filed:  May 27, 2008<br><br>The Honorable Samuel Conti |

WHEREAS, the parties reached the core terms of a class action settlement in the above-captioned case on June 19, 2010;

WHEREAS, the parties executed the full class action settlement agreement on August 31, 2010 and September 1, 2010;

WHEREAS, Plaintiff filed a Motion for preliminary approval of the class action settlement on September 1, 2010;

WHEREAS, the foregoing papers include, *inter alia*, the fully executed class action settlement agreement, the text and procedures for notice to the settlement class; and the other materials required by Fed. R. Civ. P. 23;

WHEREAS, the foregoing materials also include a proposed order setting dates for class notice, requests for exclusions by class members, objections, the motion for attorneys' fees and costs pursuant to Fed. R. Civ. P. 23(h), and a final fairness hearing date to be set by the Court;

WHEREAS, the motion is noticed for hearing on September 17, 2010, in the event the Court wishes the parties to appear;

WHEREAS, the Court already has scheduled a Case Management Conference to take place on September 17, 2010;

WHEREAS, the motion for preliminary approval is unopposed;

WHEREAS, given that the motion is unopposed, all briefing respecting the motion will be submitted earlier than two weeks prior to the September 17, 2010, which would otherwise be the date that all reply papers would need to be filed under the Local Civil Rules if the matter were opposed;

WHEREAS, the parties stipulate to have the matter submitted on the papers if the Court does not require a hearing, or alternatively, request the Court to consider the motion on September 17, 2010.

**STIPULATION AND JOINT REQUEST**

1. In light of the foregoing, IT IS STIPULATED between the parties that the Motion for Preliminary Approval of the Class Action Settlement can be submitted on the papers without a

1  hearing, unless the Court has any questions or concerns regarding the Settlement Agreement or the
2  Motion, or otherwise wishes the parties to appear; and
3      2.    The parties respectfully request that the Court rule on Plaintiff's Motion before
4  September 17, 2010, if no hearing is required, or to consider the matter on September 17, 2010, if
5  the Court wishes the parties to appear.[1]
6      3.    If no hearing is required, the parties respectfully request that the Court vacate the
7  parties' September 17, 2010 Case Management Conference.

Respectfully Submitted,

Dated: September 1, 2010

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

By: /s/ Joshua G. Konecky
Joshua G. Konecky
Attorneys for Plaintiff and the proposed class

Dated: September 1, 2010

JACKSON LEWIS LLP

By: *JoAnna L. Brooks* (signature)
JoAnna L. Brooks
Attorneys for Defendant PEROT SYSTEMS CORPORATION

**IT IS SO ORDERED**
Judge Samuel Conti
(United States District Court, Northern District of California seal)

---

[1] As stated above, a proposed order granting preliminary approval of the class action settlement has been lodged with the Court. The proposed order contains a schedule for: class notice, requests for exclusions by class members, objections, the motion for attorneys' fees and costs pursuant to Fed. R. Civ. P. 23(h), and a final fairness hearing date to be set by the Court.

SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY

STIPULATION TO SUBMIT MOTION FOR PRELIMINARY APPROVAL FOR RULING ON THE PAPERS
*Gomez v. Perot Systems Corp.*, Case No. CV-08-03337 SC