CHAVEZ & GERTLER LLP
JONATHAN E. GERTLER (Bar. No. 111531)
CHRISTIAN SCHREIBER (Bar No. 245597)
42 Miller Avenue
Mill Valley, CA  94941
Tel:  (415) 381-5599  Fax: (415) 381-5572

SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
TODD M. SCHNEIDER (Bar No. 158253)
JOSHUA G. KONECKY (Bar No. 182897)
LISA M. BOWMAN (Bar No. 253843)
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Tel:  (415) 421-7100 Fax:  (415) 421-7105

Attorneys for Plaintiff ANGELITA GOMEZ and the proposed class

JACKSON LEWIS LLP
JOANNA L. BROOKS (Bar No. 182986)
ANNE V. LEINFELDER (Bar No. 230272)
DOUGLAS M. BRIA (Bar No. 226966)
199 Fremont Street, 10th Floor
San Francisco, CA  94105
Tel: (415) 394-9400  Fax: (415) 394-9401

THE MILLER LAW GROUP
TIMOTHY C. TRAVELSTEAD (Bar No. 215260)
111 Sutter Street
San Francisco, CA 94104-4547
Tel: (415) 464-4300  Fax: (415) 464-4336

Attorneys for Defendant PEROT SYSTEMS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELITA GOMEZ,<br><br>        Plaintiff,<br>   vs.<br><br>PEROT SYSTEMS CORPORATION, a Delaware Corporation; and DOES 1 to 50,<br><br>        Defendants. | Case No. CV-08-03337 SC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT OF NOTICE**<br><br>Complaint filed:  May 27, 2008<br><br>The Honorable Samuel Conti |

WHEREAS, on September 20, 2010, the Court granted Plaintiff's Motion for Preliminary Approval of the Class Action Settlement;

WHEREAS, the Claims Administrator has prepared Notice to be mailed to the Class on October 8, 2010, which is the date provided in the Court's Preliminary Approval Order for mailing Notice;

WHEREAS, the form of Notice approved by the Court contains the following sentence (identified below), and which the parties wish to delete because it was included by mistake from an earlier draft of the Notice:

**14. When will I receive my payment?**
Following final approval, discussed above, there may be appeals. It's always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year. **Everyone who sends in a class form will be informed of the progress of the settlement.** Please be patient.

WHEREAS, the parties wish to delete this sentence because there is no "class form" in this case. Rather, under the terms of the Settlement Agreement, Class Members are entitled to receive payment automatically without filing any claim form (though they may challenge their estimated award or otherwise object to the settlement). Thus, reference to a "class form," which was inadvertently retained from a previous draft of the Notice, is unnecessary and my cause confusion for class members.

### STIPULATION AND JOINT REQUEST

1.     IT IS STIPULATED between the parties that the draft Notice approved by the Court be amended to remove the sentence, "Everyone who sends in a class form will be informed of the progress of the settlement."

Dated:   September 27, 2010

Respectfully Submitted,
SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

By: /s/ Joshua G. Konecky
Joshua G. Konecky
Class Counsel

Dated: September 27, 2010          JACKSON LEWIS LLP

By: /s/ JoAnna L. Brooks
JoAnna L. Brooks
Attorneys for Defendant PEROT SYSTEMS CORPORATION

## ORDER

The Court, having reviewed the Stipulation and Joint Request of the Parties, and good cause appearing therefor, hereby makes it the Order of the Court.

DATED: October 4, 2010

/s/ Samuel Conti
Hon. Samuel Conti
United States District Court Judge

---