CHAVEZ & GERTLER LLP
JONATHAN E. GERTLER (Bar. No. 111531)
CHRISTIAN SCHREIBER (Bar No. 245597)
42 Miller Avenue
Mill Valley, CA  94941
Tel:  (415) 381-5599  Fax: (415) 381-5572

SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
TODD M. SCHNEIDER (Bar No. 158253)
JOSHUA G. KONECKY (Bar No. 182897)
LISA M. BOWMAN (Bar No. 253843)
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Tel:  (415) 421-7100 Fax:  (415) 421-7105

*Class Counsel*

JACKSON LEWIS LLP
JOANNA L. BROOKS (Bar No. 182986)
ANNE V. LEINFELDER (Bar No. 230272)
DOUGLAS M. BRIA (Bar No. 226966)
199 Fremont Street, 10th Floor
San Francisco, CA  94105
Tel: (415) 394-9400  Fax: (415) 394-9401

THE MILLER LAW GROUP
TIMOTHY C. TRAVELSTEAD (Bar No. 215260)
111 Sutter Street
San Francisco, CA 94104-4547
Tel: (415) 464-4300  Fax: (415) 464-4336

*Attorneys for Defendant PEROT SYSTEMS CORPORATION*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELITA GOMEZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>PEROT SYSTEMS CORPORATION, a<br>Delaware Corporation; and DOES 1 to 50,<br><br>            Defendants. | Case No. CV-08-03337 SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO DISTRIBUTE SETTLEMENT RESIDUAL AFTER SECOND DISTRIBUTION TO NEWLY-LOCATED CLASS MEMBER**<br><br>Complaint filed:  May 27, 2008<br><br>The Honorable Samuel Conti |

1  Plaintiff Angelita Gomez ("Plaintiff"), by and through Class Counsel, and Defendant Perot

2  Systems Corporation ("Defendant") (collectively, "the Parties"), by and through its counsel of

3  record, hereby stipulate as follows:

4  WHEREAS, on July 22, 2011, the Court issued an Order directing the Claims Administrator

5  to "perform an immediate second distribution of the current residue in the Settlement Fund to

6  class, with the distributions to each class member pro-rated in the same manner as the first

7  distribution."; and

8  WHEREAS, on August 19, 2011, a second distribution was made to those 1,234 Class

9  Members who cashed their first settlement award check; and

10  WHEREAS, the last day to cash the second-distribution settlement checks is December 17,

11  2011; and

12  WHEREAS, Class Member Brandon Martin has recently come forward and identified

13  himself as a Class Member who did not receive his original settlement award check of $1,128.83

14  (gross) (and therefore did not receive the second distribution); and

15  THEREFORE, the Parties STIPULATE that if this amount remains in the residual following

16  the void date on the second-distribution settlement award checks, Mr. Martin should receive his

17  original settlement share, or any lesser amount remaining in the residual.

18  THEREFORE, the Parties seek an Order from the Court directing the Claims Administrator

19  to issue a check to Mr. Martin for the amount of his original settlement award (less taxes), if

20  sufficient funds remain in the settlement fund residual following the void date of the second-

21  distribution settlement award checks, and to do so within ten (10) days following its determination

22  of what funds exist.

23  Dated:    November 23, 2011

Respectfully Submitted,
CHAVEZ & GERTLER LLP

24

25

26  By: _____

Christian Schreiber
Class Counsel

27

28

Dated: November 22, 2011

JACKSON LEWIS LLP

By: _____

JoAnna Brooks
Attorneys for Defendant PEROT SYSTEMS
CORPORATION

**ORDER**

Having read the Stipulation of the Parties regarding the proposed distribution to Class Member Brandon Martin, and good cause appearing therefor, the Court ORDERS Rust Consulting to distribute Mr. Martin's original settlement award consistent with the Parties' Stipulation within 10 days of its determination of the balance of the settlement fund residual.

**IT IS SO ORDERED.**

Date:  _January 3, 2012

_____
Honorable Samuel Conti
United States District Court Judge